FILED

08/25/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0199

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 22-0199

STATE OF MONTANA,

Plaintiff and Appellee,

v.

LAVODRICK TERELLE HOGUES,

Defendant and Appellant.

## GRANT OF EXTENSION

Upon consideration of Appellee's motion for a 30-day extension of time, and good cause appearing therefor, Appellee is granted an extension of time to and including September 25, 2023, within which to prepare, serve, and file its response brief.

**MLP**

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
August 25 2023